In the Matter of the Application of THE PEOPLE OF
THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK,
as Superintendent of Insurance of the State of New
York, Appellant, for an Order to Take Possession
of the Property and Liquidate the Business of GUARDIAN
CASUALTY COMPANY.

AARON KUTTLER, as Administrator of the Estate of
MARSHA KUTTLER, Deceased, Respondent.

In the Matter of the Application of THE PEOPLE OF
THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK,
as Superintendent of Insurance of the State of New
York, Appellant, for an Order to Take Possession of
the Property and Liquidate the Business of CONSOLI-
DATED INDEMNITY AND INSURANCE COMPANY.

AARON KUTTLER, as Administrator of the Estate of
MARSHA KUTTLER, Deceased, Respondent.

Argued June 1, 1938; decided July 7, 1938.

*Albert L. Sussman* and *Lester Weil* for appellant.

*Victor W. Milch* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB PODEL, Appellant.

Submitted June 1, 1938; decided July 7, 1938.